UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| v. | § | CIVIL NO.   7:24-CV-518 |
| | § | |
| ASSORTED COINS & COLLECTIBLE | § | |
| MEMORABILIA, | § | |
|     Defendants. | § | |

CERTIFICATE OF INTERESTED PARTIES

The United States of America hereby certifies that the following persons or entities may have a financial interest in the outcome of this litigation:

1. The United States of America

2. Dr. Francisco Javier Zarzar

3. Dr. Francisco Javier Zarzar, M.D.P.A.

4. Zarzar Pediatric Clinic

5. Jose Alberto Vela

6. TLC Pharmacy and Medical Equipment #2

7. Moron Vela, Inc.

8. Princess Mili Investments

    Respectfully submitted,

    Alamdar S. Hamdani
    United States Attorney
    Southern District of Texas

By:    */s/ Theodore V. Parran, III*
    Theodore V. Parran, III
    Assistant United States Attorney
    Southern District of Texas
    1701 W. Highway 83, Suite 600

McAllen, Texas 78501<br>Tel: 956-928-8256

## CERTIFICATE OF SERVICE

There is no one to serve because no one has filed a claim at this time.

<em>/s/ Theodore V. Parran, III</em><br>Theodore V. Parran, III